Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

JS-6

Attorneys for James H. Donell, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>OMID J. BENDAVID,<br><br>Defendant. | CASE NO. 12-CV-1618-DDP-(JEMx)<br><br>**JUDGMENT**<br><br>DATE:  July 16, 2012<br>TIME:  10:00 a.m.<br>CTRM.:  3 |

The Application of James H. Donell, Receiver for Newpoint Financial Services, Inc. and NewPoint Mortgage Bankers, Inc., for the entry of Default Judgment as to Defendant, Omid J. Bendavid, came on for hearing, having been duly noticed, on July 16, 2012 at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge.  The Court having found that the entry of Default Judgment is appropriate,

13390.10:1611261.1

JUDGMENT

1     IT IS HEREBY ORDERED AND ADJUDGED:

2     1.    Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc., and against Defendant, Omid J. Bendavid, as follows:

    (a)    Defendant, Omid J. Bendavid, shall pay Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc., $9,644.79 plus prejudgment interest of $264.40.

DATED: July 16, 2012

*[signature]*

The Honorable Dean D. Pregerson
United States District Judge